A 245 D (Rev. DC 05/00) Sheet 1 - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## for the District of Columbia

FILED
OCT 2 6 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

Case Number 02-306-01

PHILIP THARRINGTON

## JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
(For Offenses Committed On or After November 1, 1987)

The defendant, Philip Tharrington, was represented by JoAnne Hepworth

It appearing that the defendant, who was sentenced on December 19, 2002 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 26 day of October, 2005 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: TIME SERVED.

>Defendant placed on Supervised Release for a term of 22 months. While on Supervised Release shall be placed in a Halfway House not to exceed 180 days.

>All other conditions remain in effect.

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 26 day of October 2005

Ellen S. Huvelle

