A 245 D (Rev. DC 03/06) Sheet 1 - Judgment in a Criminal Case for Revocation

## UNITED STATES DISTRICT COURT
### for the District of Columbia

**FILED**

MAR 0 1 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**Phillip Tharrington**

Case Number  CR 02-306

### JUDGMENT IN A CRIMINAL CASE
### For Revocation of Supervised Release
### (For Offenses Committed On or After November 1, 1987)

The defendant, **Phillip Tharrington**, was represented by **Joanne Hepworth**

It appearing that the defendant, who was sentenced on 12/19/02 in the above styled cause and was placed on Supervised Release, has violated the terms of supervision;

It is hereby ORDERED and ADJUDGED, this 23 day of February, 2007 that the Supervised Release of the defendant be revoked and that the defendant be committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of:

**24 months to run concurrently with the Maryland case number 104307.**

**No additional supervised release imposed.**

IT IS ORDERED that the Clerk deliver a certified copy of this commitment to the United States Marshal or other qualified officer and the same shall serve as the commitment of the defendant.

Signed this 28 day of February 2007

*Ellen S. Huvelle*
Ellen Segal Huvelle, U.S. District Court Judge

